394 P.2d 155

The STATE of New Mexico ex rel. Lynn COTTON, Administratrix of the Estate of Blewett G. Cotton, Deceased, Petitioner,

v.

DISTRICT COURT OF the FIFTH JUDICIAL DISTRICT of the State of New Mexico WITHIN AND FOR LEA COUNTY, New Mexico and the Honorable George L. Reese, Jr., District Judge, Respondents.

No. 7672.

Supreme Court of New Mexico.

July 15, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and MOISE, Justices, concurring; NOBLE, Justice, not participating.

Ordered that the alternative writ of prohibition heretofore issued herein on July 1, 1964, be and same is hereby quashed as having issued improvidently.

394 P.2d 155

STATE of New Mexico ex rel. STATE HIGHWAY COMMISSION of New Mexico, Relator,

v.

The Honorable Paul TACKETT of the District Court of the Second Judicial District of the State of New Mexico, Respondent.

No. 7656.

Supreme Court of New Mexico.

July 15, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, and NOBLE, Justices, concurring; MOISE, Justice, absent and not participating.

Ordered that the alternative writ of prohibition heretofore issued on June 10, 1964, prohibiting respondent from setting a certain cause for non-jury trial because of non-payment by relator of the jury fee, be, and the same hereby is, made absolute.